ACCEPTED
14-13-00370-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 3:22:31 PM
CHRISTOPHER PRINE
CLERK

## No. 14-13-00370-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

────────────◆────────────

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/2/2015 3:22:31 PM

CHRISTOPHER A. PRINE
Clerk

### No. 1364909

In the 248th District Court of
Harris County, Texas

────────────◆────────────

### EARNEST HEBERT
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

────────────◆────────────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

────────────◆────────────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 248th district court of Harris County, Texas, cause 1364909, *the State of Texas v. Earnest Hebert,* appellant, was convicted of possession of a controlled substance.

2.  He was assessed punishment of confinement for 5 years in the Institutional Division of the Texas Department of Criminal Justice.

3.  The State's brief is due on February 2, 2015.

4.  An extension of time in which to file the State's brief is requested until March 9, 2015.

5.  No previous extensions have been requested by the State.

6.  The facts relied upon to explain the need for this extension are:

Since appellant filed his brief, I have filed briefs in cause numbers 01-14-00332-CR, 14-14-00451-CR, and 14-14-00704-CR. I will file a brief in cause number 14-13-00767-CR in the next week. In addition to the present case, I presently have 5 other briefs assigned to me. I also handle legal questions from trial court prosecutors on a daily basis, some of which require attendance at court hearings. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until March 9, 2015 in which to file the State's brief in this case.

Respectfully submitted,
/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on February 2, 2015:

Tom Zakes
1217 Prairie Suite 206
Houston, TX 77002
tomzakes@peoplepc.com

/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas

Date:  February 2, 2015